IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DAVID L. BOSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | )   Civil Action No. |
| Defendant. | )   1:04-CV-063-C |

### ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed August 19, 2005 (Doc. 22). Neither party has filed objections within the ten-day period specified in 28 U.S.C. § 636(b)(1).

**IT IS, THEREFORE, ORDERED** that the Report and Recommendation is adopted by the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a judgment in accordance with the terms of this order shall be entered forthwith.

DATED this 8th day of September, 2005.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT